

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WILLIAM DWYER JR., AND <br> CYNTHIA DWYER | * <br> * |
| versus | *    NO.: 06-4793 <br> * <br> *    SECTION "J" |
| FIDELITY NATIONAL PROPERTY AND <br> CASUALTY INS. COMPANY | * <br> *    MAG. 4 <br> * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER GRANTING STAY AND SETTING BOND

This motion came to be heard on motion of defendant, Fidelity National Property & Casualty Insurance Company, for a stay pending defendant's appeal to the United States Court of Appeals for the Fifth Circuit, and it appearing to the court that defendant is entitled to such a stay:

IT IS ORDERED that the execution of and any proceedings to enforce the judgment entered in this matter be stayed pending the appeal to the United States Fifth Circuit Court of Appeals.

IT IS FURTHERED ORDERED that the defendant, Fidelity National Property & Casualty Insurance Company, shall not be required to submit a supersedeas bond as such ~~requirement is hereby WAIVED~~ bond is not required because defendant is a fiduciary of the U.S. government. See: F.R.Civ.P. Rule 62 (e).

New Orleans, Louisiana, this 15th day of August, 2007.

_____
JUDGE